ELIZABETH F. LORELL
ELORELL@GORDONREES.COM

Admitted In: CO, NJ, NY & PA

**GORDON & REES** LLP

ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

December 9, 2015

<u>VIA ECF</u>
The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room: MLK 2C
Newark, New Jersey 07101

Re:  <u>Dunphy v. It's Just Lunch!, et al.</u>
     Civil Action No.: 2:14-cv-06454-ES-MAH

Dear Judge Hammer:

This firm represents Defendants Riverside Partners L.L.C. d/b/a The Riverside Company, improperly pleaded as Riverside Partners, LLC and The Riverside Company, LLC, and Loren Schlachet (collectively, "Defendants"), in the above-captioned matter.

We write to advise that Plaintiff has agreed to settle this matter as a result of the Settlement Conference before Your Honor on November 30, 2015. You may enter a 60 Day Order. Please let counsel know if there are any questions or if you want to discuss this matter further.

Thank you for Your Honor's assistance in this matter.

Respectfully submitted,

*/s/ Elizabeth F. Lorell*
ELIZABETH F. LORELL

EFL/cr

cc:  William J. Pinilis, Esq.